

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00062-CR

EX PARTE TRAVIS TODMAN § On Appeal from the 371st District Court

§ of Tarrant County (1734243)

§ August 3, 2023

§ Memorandum Opinion by Justice Kerr

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying habeas relief is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr